**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gary Wayne URUBEK, Defendant–Appellant.**

No. 09–50843
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 16, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Gary Wayne Urubek, Big Spring, TX, pro se.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gary Urubek has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Urubek has not filed a response. Our independent review of the record and counsel's briefs discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.